PD-1031-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/10/2015 3:03:31 PM
Accepted 8/11/2015 4:15:37 PM
ABEL ACOSTA
CLERK

No. 15-_____

# HECTOR PENA

## V.

## THE STATE OF TEXAS

On Petition for Review from the Fourteenth Court of Appeals at
Houston, Texas, No. No. 14-14-00746-CR

### UNOPPOSED MOTION FOR EXTENSION OF TIME
### IN WHICH TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF TEXAS COURT OF CRIMINAL
APPEALS:

Pursuant to TRAP 10.5 and 68.2(c) , Petitioner Hector Pena requests an extension of thirty days, to and including Monday, September 10, 2015  in which to file a Petition for Discretionary Review.

The Opinion of the Court of Appeals was issued on July 9, 2015. No motion for rehearing was filed. Any petition for review with this court would be due on Monday, August 10, 2015.

This is a first request for extension.

Good cause exists for the requested extension.  In the interval since July 9, 2015, this counsel has been heavily involved in preparing and filing briefs in the following matters.

FILED IN
COURT OF CRIMINAL APPEALS

August 11, 2015

ABEL ACOSTA, CLERK

1

An interlocutory appeal in Case No. 01-15-0583-CV, *The Hon. Mark Henry v. The Hon. Lonnie Cox*, has occupied substantial time since the opinion of the Court of Appeals was issued herein, including the following separate filings by this Counsel:

--July 17, 2015, Motion to Enforce Temporary Injunction Under TRAPs 29.3 and 29.4

--July 17, 2015, Motion for Emergency Relief

--July 20, 2015, Supplementary Motion to Enforce Temporary Injunction     Under TRAPs 29.3 and 29.4

--July 27, 2015, Objection to Court's Referral to Mediation;

--August 4, 2015, Objection to Motion to Abate Appeal, Etc.

Further, on August 7, 2015, this Counsel filed a Petition for Review on Second Extension in Case No. 15-0423, *Joe Murphy et al vs. The City of Galveston*, in the Texas Supreme Court.

Prayer

Petitioners request an extension through and including Thursday, September 10, 2015 in which to file his Petition for Discretionary Review.

Respectfully submitted,
*/s/Mark W. Stevens*
Mark W. Stevens
TBN 19184300
PO Box 8118
Galveston, Texas 77553
409.765.6306
Fax 409.765.6469
Email: markwandstev@sbcglobal.net
Counsel for Petitioner Hector Pena

Certificate of Conference

This will certify that on August 10, 2015 I conferred with the appellate section of the office of the District Attorney of Galveston County, Texas, and was advised that such office does not oppose this request for extension.

*/s/Mark W. Stevens*
Mark W. Stevens

Certificate of Compliance

This will certify that the text of the foregoing Motion contains 253 words.

*/s/Mark W. Stevens*
Mark W. Stevens

Certificate of Service

A true and correct copy of the foregoing Motion for Extension was served via facsimile 409.766.2290 on Ms. Rebecca Klaren, ADA, on August 10, 2015. An additional copy has been served on July 2, 2013 to the Office of the State Prosecuting Attorney via fax 512.463.5724.

*/s/Mark W. Stevens*
Mark W. Stevens